IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ROBIN LYNN BAKER,

        Plaintiff,

v.                            CIVIL ACTION NO.   3:13-20376

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court affirm the final decision of the Commissioner, deny Plaintiff's Brief in Support of Judgment on the Pleadings (ECF No. 12), and dismiss this matter from the Court's docket.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **AFFIRMS** the final decision of the Commissioner, **DENIES** Plaintiff's Brief in Support of Judgment on the Pleadings (ECF No. 12), and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: September 28, 2015

_____
ROBERT C. CHAMBERS, CHIEF JUDGE